UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 19-10530 MWF (MRWx)** | Date: February 14, 2020 |
| Title **United States of America v. Scott Chamberlin** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on December 12, 2019. (Docket No. 1). On February 10, 2020, Plaintiff filed a Proof of Service of the Summons and Complaint ("POS") reflecting service on Defendant on January 13, 2020. (Docket No. 6). Pursuant to the POS, Defendant's response to the Complaint was due February 3, 2020.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 28, 2020.**

- ■ BY DEFENDANT: RESPONSE TO THE COMPLAINT ("Response") by Defendant who has been served.

    OR

- ■ BY PLAINTIFF: DEFAULT APPLICATION for Defendant who has not timely responded to the Complaint.

    OR

- ■ BY THE PARTIES: A stipulation and proposed order extending the date by which Defendant must respond to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm