1  NICOLA T. HANNA
   United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   MELISSA BRIGGS (California Bar no. 320697)
4  Assistant United States Attorney
        Federal Building, Suite 7211
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-6165
        Facsimile: (213) 894-0115
7       E-mail: melissa.briggs2@usdoj.gov

8  Attorneys for Plaintiff
   United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cv-10530-MWF-MRW |
| Plaintiff, | Judgment |
| v. | |
| SCOTT CHAMBERLIN a/k/a OLIVER C. CHAMBERLIN, | |
| Defendant. | |

Based upon the Stipulation for Entry of Judgment entered into by plaintiff United States of America and defendant Scott Chamberlin a/k/a Oliver C. Chamberlin, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

Judgment is entered in favor of the United States and against the defendant for unpaid 2008 federal income taxes in the amount of $178,696.37, plus interest and

1

statutory additions thereon as provided by law from the date of the assessment, including all lien fees and collection costs, until this judgment is fully paid.

Dated: February 20, 2020

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE